UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ANTHONY C. WELCH,

Plaintiff,

v. Case No. 26-CV-524

CORY LADWIG and
TROY BEYER,

Defendants.

---

**ORDER**

---

Plaintiff Anthony C. Welch is currently incarcerated at Oshkosh Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. On October 12, 2026, Defendants Cory Ladwig and Troy Beyer filed a motion for summary judgment on the ground that Plaintiff failed to exhaust available administrative remedies. (ECF No. 29.) The certificate of service submitted with Defendants' summary judgment materials indicates that Defendants mailed a copy of the summary judgment materials to Plaintiff at Dodge Correctional Institution. (ECF No. 33.) On October 22, 2026, Plaintiff filed a motion for an extension of time stating that he had not yet received a copy of Defendants' summary judgment materials. (ECF No. 39.) Based on Plaintiff's representation, the Court granted Plaintiff's motion for an extension of time to December 22, 2026, to respond to Defendants' motion. (ECF No. 42.) On November 9, 2026, Plaintiff submitted a letter advising that he has been transferred to Oshkosh Correctional Institution. (ECF No. 43.)

This matter comes before the Court on Plaintiff's motion to dismiss Defendants' motion for summary judgment and for sanctions. (ECF No. 44.) Plaintiff asserts that he has still not received a copy of Defendants' summary judgment materials. (ECF No. 45.)

It is unclear why Plaintiff did not receive a copy of Defendants' summary judgment materials before he was transferred to Oshkosh Correctional Institution. Rather than deny Defendants' motion for summary judgment or impose other sanctions, the Court will direct Defendants to mail a copy of their summary judgment materials to Plaintiff at his current address listed on the docket. The Court will also extend Plaintiff's deadline to respond to Defendants' motion for summary judgment. Plaintiff must respond to Defendants' motion for summary judgment on or before **January 12, 2027**.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to dismiss Defendants' motion for summary judgment and for sanctions (ECF No. 44) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants are directed to mail a copy of their summary judgment materials to Plaintiff at his current address listed on the docket.

**IT IS FURTHER ORDERED** that Plaintiff must respond to Defendants' motion for summary judgment on or before **January 12, 2027**. If Plaintiff does not file his response materials or request additional time to do so by the deadline, the Court will assume all facts asserted by Defendants to be true and will decide the motion without Plaintiff's input.

Dated at Green Bay, Wisconsin on November 23, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge